**UNITED STATES of America, Petitioner–Appellee,**

v.

**Raphael MENDEZ, Respondent–Appellant.**

**No. 14–6009.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 20, 2014.

Decided: April 9, 2014.

Raphael Mendez, Appellant pro se. David T. Huband, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals a district court order granting the Government's motion to reconsider the order granting a hearing under 18 U.S.C. § 4247(h) (2012) and vacating the order scheduling the hearing. We affirm for the reasons stated by the district court. *United States v. Mendez*, No. 5:91–hc–00350–BR (E.D.N.C. Dec. 11, 2013) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*